IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ANTHONY W. NYKOLAJCUYK AND | ) | Case No. 09-33448 |
| ELIZABETH A. NYKOLAJCUYK | ) | |
| | ) | Hon. Manuel Barbosa |
| Debtors. | ) | |
| | ) | Hearing: February 11, 2010 at 10 a.m. |

## NOTICE OF MOTION

To: See Service List

PLEASE TAKE NOTICE that on **February 11, 2010 at 10 a.m.**, the undersigned will appear before the Honorable Hon. Manuel Barbosa, Bankruptcy Judge, in Kane County Courthouse, 100 S. Third Street, Room 140, Geneva, Illinois, the Bankruptcy Court for the Northern District of Illinois, Eastern Division, and shall then and there present DEBTORS' MOTION TO REOPEN CASE, a copy of which is enclosed herewith and served upon you.

/s/ Forrest L. Ingram

Forrest L. Ingram, #3129032
Michael V. Ohlman
FORREST L. INGRAM, P.C.
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Forrest L. Ingram, an attorney, certify that I have served a true and correct copy of the above and foregoing notice and the document to which it refers on those whose names appear above, in the manner listed on the service list, on January 18, 2010.

/s/Forrest L. Ingram

1

## SERVICE LIST

**Via ECF:**

**Charles J Myler**
Myler Ruddy & McTavish
105 East Galena Boulevard
8th Floor
Aurora, IL 60505
630 897-8475

**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

**Via First Class U.S. Mail and Fax**

**Sherman and Sherman**
P.O. Box 2142
Chicago, IL 60690
Fax (312) 372-9697

**Via First Class U.S. Mail**

**National City Mortgage**
Attention: Bankruptcy Department
6750 Miller Rd
Brecksville, OH 44141

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| ANTHONY W. NYKOLAJCUYK AND ) | Case No. 09-33448 |
| ELIZABETH A. NYKOLAJCUYK ) | |
| ) | Hon. Manuel Barbosa |
| Debtors. ) | |
| ) | Hearing: February 11, 2010 at 10 a.m. |

### DEBTOR'S MOTION TO REOPEN CASE

NOW COME the Debtors Anthony W. Nykolajcuyk and Elizabeth A. Nykolajcuyk ("Debtors"), pursuant to 11 U.S.C. § 350(b), and Bankruptcy Rules 5010 and 9013, and move this Honorable Court to re-open their bankruptcy case for the specific purpose of reaffirming debtors' pre-petition obligations to National City Bank n/k/a PNC Bank ("PNC Bank") and Ford Motor Credit. In support thereof, Debtors states as follows:

1. On September 09, 2009 the Debtors filed a petition for relief under chapter 7 of the United States Bankruptcy Code.

2. Debtors attempted to reaffirm their obligations with PNC Bank and Ford Motor Credit during the bankruptcy.

3. Neither the PNC Bank nor the Ford Motor Credit reaffirmations were ever filed.

4. On December 29, 2009 the case was closed and the debtors were discharged. At the time of discharge, the debtors believed that both reaffirmation agreements with PNC Bank and Ford Motor Credit had been timely filed.

5. Both PNC Bank and Ford Motor Credit have agreed to enter into a reaffirmation agreement when the case is reopened.

1

WHEREFORE, the Debtors respectfully request that the Court reopen their bankruptcy case so that they may file the reaffirmation agreements with PNC Bank and Ford Motor Credit.

Respectfully submitted,
ANTHONY W. NYKOLAJCUYK AND
ELIZABETH A. NYKOLAJCUYK

By:    /s/ Forrest L. Ingram

Forrest L. Ingram, #3129032
Michael V. Ohlman
FORREST L. INGRAM, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

2